Jared L. Bramwell, USB No. 9582
Kelly & Bramwell, P.C.
11576 S. State St., Bldg 1002
Draper, UT  84020
Phone: 801-495-2559
Fax: 801-495-0621
E-mail: jared@kellybramwell.com

*Attorneys for Petitioner*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| United States of America, | ) | Case No.: 2:22-cr-00178 |
| | ) | |
| Plaintiff, | ) | MOTION FOR PRO HAC VICE |
| | ) | ADMISSION AND CONSENT OF LOCAL |
| v. | ) | COUNSEL |
| | ) | |
| Grant J. Walker | ) | Judge |
| | ) | |
| Defendant. | ) | Magistrate Judge |
| | ) | |

Pursuant to D.U. Civ Rule 83-1.1(d), I move for the admission of Jason M. Silver as pro hac vice counsel for Petitioner Grant J. Walker and consent to serve as local counsel.  The Application for pro hac vice admission is attached as Exhibit A to this motion, an Electronic Case Filing Registration Form as Exhibit B, proposed Order for Pro Hac Vice Admission as Exhibit C, and the admission fee has been paid to the court with the submission of this motion.  I certify that the Applicant is not a member of the Utah State Bar.

DATED this 7th day of June, 2022.

KELLY & BRAMWELL, P.C.

/s/Jared L. Bramwell
Jared L. Bramwell
Local Counsel

# EXHIBIT A



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Ryan Kelly |
| Firm: | Kelly & Bramwell, P.C. |
| Address: | 11576 S. State Street |
| | Building 1002 |
| | Draper, Utah 84020 |
| Telephone: | 801-495-2559 |
| Email: | ryan@kellybramwell.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Jason M. Silver |
| Firm: | Silver Law PLC |
| Address: | 7033 E. Greenway Pkwy |
| | Suite 200 |
| | Scottsdale, Arizona 85254 |
| Telephone: | 480-429-3360 |
| Email: | JSilver@silverlawplc.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| US District Court for the District of Arizona | 016756 | 7/22/2002 |
| US Circuit Courts of Appeal 9th Circuit | 016756 | 2/8/1996 |
| Supreme Court of the United States | 016756 | 10/9/2007 |
| | | |
| | | |
| | | |

1

Have you ever been the subject of disciplinary action
by any bar to which you have been admitted?           ☐ Yes           ☒ No

If yes, please explain:

## LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I certify that I am a member in good standing          ☒ Yes          ☐ No
of all bars to which I have been admitted.

I certify that I have read and will comply with          ☒ Yes          ☐ No
the Utah Rules of Professional Conduct and
the Utah Standards of Professionalism and
Civility.

I certify that the foregoing is true and correct          ☒ Yes          ☐ No
and is subject to the penalty of perjury.

_____                    5/20/2022
Signature                                                                     Date

2

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
### ELECTRONIC CASE FILING REGISTRATION FORM

Active members and current pro hac vice members of the District of Utah's Bar may register for the District of Utah Electronic Filing System by (i) completing the required training and (ii) signing and returning this form to the Court. Please review carefully the registration conditions set forth below before signing.

Jason        Mark                    Silver        Silver Law PLC
Name - First    Middle                 Last              Firm Name

7033 E. Greenway PKWY              Suite 200 Scottsdale, Az 85340
Mailing Address                        City, State, Zip

                                        480-429-3360
Utah State Bar # (if applicable)           Telephone Number

By signing this form, I understand and consent to the following:

Pursuant to Fed. R. Civ. P. 5(b)(2)(D), I will receive all items required to be served under Fed.R.Civ.P. 5(a) and 77 (d) and Fed. R. Crim P. 49 by either (i) notice of electronic filing, or (ii) e-mail transmission;

Such electronic service will constitute service and notice of entry as required by those rules;

I waive my right to service by USPS mail;

I will abide by all Court rules, orders, and procedures governing the use of the electronic filing system;

The combination of user ID and password issued by this Court will serve as the equivalent of my signature when I file documents using the District of Utah's electronic filing system;

I will carefully examine all documents prior to filing them electronically with this Court to either (i) redact sensitive and private information pursuant to DUCiv R , or (ii) move that the filing be sealed;

I will secure and protect my Court-issued password against unauthorized use or compromise; and

I will notify the Clerk of this Court within 24 hours when I (i) have a change of name, firm, address, or e-mail address to ensure proper and timely service, or (ii) learn that my password has been compromised.

**Email Address(es):**

Use these address(es):   Primary Email address   JSilver@silverlawplc.com

Up to two additional email addresses 1)  LChapman@silverlawplc.com ,

2)  CSheldon@silverlawplc.com

To receive a login, you must complete one of these four options.   Please check appropriate box.

| | |
|---|---|
| ☐ | I have attended the CMECF Training for Attorneys given by the Court. |
| ☐ | I have completed the CMECF Training for Attorneys given by an in-house trainer in my firm. |
| ☐ | I have completed the CMECF Online Computer-Based Training modules on the court website. |
| ☒ | I have an ECF account in the Utah Bankruptcy Court or in another Federal District Court. District: Arizona |

Date: 5/20/2022                     Signature:

Please complete this form, and submit it by one of the following methods:

1. Mail the form to: **United States District Court, Office of the Clerk, ATTN:   CM/ECF Registration, 351 S West Temple, Room 1.100, Salt Lake City, Utah 84101,**

2. Scan and then email the form to ut_support@utd.uscourts.gov, or

3. Include this form as a pdf attachment with your Application for Pro Hac Vice.

After this Court processes this form, you will receive by email or US Mail your user ID and password that will enable you to access the system.   The User Guide and administrative procedures for system use may be downloaded at: http://www.utd.uscourts.gov/cmecf/ecfpage.html.     Please call the Clerk's Office Help Desk at (801) 524-6851 if you have questions concerning registration, training, or use of the electronic filing system.                                              Rev.

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| United States of America _____ , <br><br>                  **Plaintiff,** <br><br> v. <br><br> Grant J. Walker _____ , <br><br>                  **Defendant.** | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION <br><br> CASE NO: 2:22-cr-00178 |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of

_____ Jason M. Silver _____ .  Based on the motion and for good

cause appearing,

       **IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.


DATED this _____ day of _____ , 20 _____ .


                                     BY THE COURT:


                                     _____

                                     Name
                                     Title