

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Ryan Kelly |
| Firm: | Kelly & Bramwell, P.C. |
| Address: | 11576 S. State Street |
| | Building 1002 |
| | Draper, Utah 84020 |
| Telephone: | 801-495-2559 |
| Email: | ryan@kellybramwell.com |
| | |
| Pro Hac Vice Applicant: | Jason M. Silver |
| Firm: | Silver Law PLC |
| Address: | 7033 E. Greenway Pkwy |
| | Suite 200 |
| | Scottsdale, Arizona 85254 |
| Telephone: | 480-429-3360 |
| Email: | JSilver@silverlawplc.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| US District Court for the District of Arizona | 016756 | 7/22/2002 |
| US Circuit Courts of Appeal 9th Circuit | 016756 | 2/8/1996 |
| Supreme Court of the United States | 016756 | 10/9/2007 |
| | | |
| | | |
| | | |

1

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |

| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |

| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_____  
Signature

5/20/2022  
Date

2