IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Grant J. Walker, <br><br> Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION <br><br> CASE NO: 2:22-cr-00178 |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of ____Jason M. Silver____. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this ____ day of _____, 20_____.

BY THE COURT:

_____
Name
Title