# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Grant J. Walker, <br><br> Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION <br><br> CASE NO: 2:22-cr-00178 |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jason M. Silver. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion (ECF No. 6) is GRANTED.

DATED this 9th day of June, 2022.

BY THE COURT:

Clark Waddoups
United States District Judge