TRINA A. HIGGINS, United States Attorney (#7349)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC #475353)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. GRANT WALKER, Defendant. | Case No. 2:22-cr-00178-CW<br><br>WAIVER OF INDICTMENT<br><br>Judge Clark Waddoups<br>Magistrate Judge Daphne Oberg |
|---|---|

I, GRANT WALKER, the above-named defendant, who is accused of a violation of 26 U.S.C. § 7206(2) (Aiding and Assisting in Filing False Tax Returns), being advised of the nature of the charge, the Felony Information filed in this case, and of my rights, especially my right to require the United States to obtain an Indictment from the Grand Jury before proceeding against me hereby waive in open court prosecution by Indictment and consent that the case may proceed by way of a Felony Information.

Dated this 21st day of June, 2022.

_____
GRANT WALKER
Defendant

_____
JASON SILVER
Counsel for Defendant

Submitted before me this _____ day of June, 2022

_____
United States Magistrate Judge